IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KYRIAKAKOS,<br><br>    Plaintiff,<br><br>  v.<br><br>VEOLIA WATER NORTH AMERICA-WEST,<br><br>    Defendant.<br>_____/ | No. C 11-02413 CRB<br><br>**ORDER GRANTING MOTION TO REMAND** |

    For the reasons stated at the motion hearing on July 22, 2011, the Court GRANTS the Motion to Remand.

**IT IS SO ORDERED.**

Dated: July 22, 2011

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2413\order granting remand.wpd